UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| ABDOURAHMAN JABBI,<br><br>    Plaintiff,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br>WOODFORD COUNTY, KENTUCKY,<br>MICHELLE RANKIN, Woodford<br>County Jailer, and<br>SOUTHERN HEALTH PARTNERS,<br>INC.<br><br>    Defendants. | CIVIL ACTION NO. 5:19-397-KKC<br><br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the motion for summary judgment filed by Woodford County and Woodford County Jailer Michelle Rankin (DE 92), the motion for summary judgment filed by Southern Health, Partners, Inc. (DE 93), and the motion for final judgment filed by plaintiff Abdourahman Jabbi (DE 94). The magistrate judge has recommended (DE 106) that the Court grant the defendants' motions for summary judgment and deny plaintiff Jabbi's motion, which the magistrate construed as a motion for summary judgment. Jabbi has not objected to the recommendation. The Court agrees with the magistrate judge's recommendations and analysis. Accordingly, the Court will adopt the recommendation as the Court's opinion.

Jabbi has also filed a motion (DE 96) to add the U.S. Marshals Service as a defendant in this action. The Court will deny this motion. The Court previously

dismissed Jabbi's Federal Tort Claims Act (FTCA) claim against the United States because Jabbi had failed to exhaust his administrative remedies. For the reasons stated in the magistrate judge's recommendation, Jabbi's claim that any officials failed to provide him with adequate medical care while he was incarcerated in Woodford County fails. Accordingly, adding the same claim against the U.S. Marshal to this action would be futile. Further, the deadline to add defendants (September 7, 2020) has long passed. (DE 40, Scheduling Order.) Finally, as the Court explained in a prior opinion (DE 8), the United States of America, not the U.S. Marshals Service is the proper defendant for a claim under the FTCA.

    For all these reasons, the Court hereby ORDERS as follows:

1) The magistrate judge's recommendation (DE 106) is ADOPTED as the Court's opinion;

2) The motion for summary judgment (DE 92) filed by Woodford County and Jailer Michelle Rankin is GRANTED;

3) The motion for summary judgment (DE 93) filed by Southern Health Partners, Inc. is GRANTED;

4) Jabbi's motion to add the U.S. Marshals Service as a defendant (DE 96) is DENIED; and

5) the Court will enter a judgment consistent with this order.

This 14th day of March, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY